LEE SPURLOCK v. STATE.
No. A-773. Opinion Filed November 24, 1911.
Appeal from Superior Court, Muskogee County; Farrar L. McCain, Judge.
Lee Spurlock was convicted of violating the prohibitory law, and appeals. Affirmed.

S. M. Rutherford, for plaintiff in error.

E. G. Spilman and Smith C. Matson, Asst. Attys. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted at the January, 1910, term of the superior court of Muskogee county, on a charge of having possession of intoxicating liquor for the unlawful purpose of selling the same. A careful examination of the record in this case discloses no error prejudicial to the substantial rights of the plaintiff in error. The judgment of the trial court is, therefore, affirmed.